**Dismissed and Opinion Filed February 23, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-23-00082-CV

**WENCESLAO GONZALEZ, INDIVIDUALLY AND AS
PERSONAL REPRESENTATIVE OF THE ESTATE OF
MARIA B. GONZALEZ, DECEASED, Appellant
V.
ADVANCED SURGICAL OF NORTH TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court
Collin County, Texas
Trial Court Cause No. 380-01224-2022**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Smith, and Breedlove
Opinion by Justice Partida-Kipness

Before the Court is appellant's motion to dismiss the appeal, filed in response to our request for jurisdictional briefing. We grant the motion and dismiss the appeal. TEX. R. APP. P. 42.1(a)(1).

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

230082F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

WENCESLAO GONZALEZ,
INDIVIDUALLY AND AS
PERSONAL REPRESENTATIVE
OF THE ESTATE OF MARIA B.
GONZALEZ, DECEASED, Appellant

No. 05-23-00082-CV        V.

ADVANCED SURGICAL OF
NORTH TEXAS, Appellee

On Appeal from the 380th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 380-01224-
2022.
Opinion delivered by Justice Partida-
Kipness. Justices Smith and Breedlove
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that appellee ADVANCED SURGICAL OF NORTH
TEXAS recover its costs of this appeal from appellant WENCESLAO
GONZALEZ, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF
THE ESTATE OF MARIA B. GONZALEZ, DECEASED.

Judgment entered February 23, 2023